UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | No. 21-cr-537 (JMC) |
| | ) | |
| **STEPHEN CHASE RANDOLPH,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### NOTICE OF INTENT TO JOIN

Defendant, Stephen Randolph, by and through his undersigned counsel, hereby submits this Notice of his intention to join pretrial motions filed by co-defendant Paul Johnson. Specifically, Mr. Randolph seeks to join ECF 202, Defendant Paul Johnson's Motion to Dismiss Count 10, and ECF 203, Defendant Paul Johnson's Motion for Transfer of Venue.

Respectfully submitted,

_____/s/ Angela Halim_____
Angela Halim, Esq.,
3580 Indian Queen Lane
Suite 10A
Philadelphia, PA  19129
(215) 300-3229
angiehalim@gmail.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using CM/ECF.  I also certify that the foregoing is being served this day on all counsel of record, via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                                             /s/ Angela Halim
                                                                     Angela Halim, Esq.

Dated:  October 28, 2022