UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | Case Number 1:21-cr-00537-JMC |
| STEPHEN CHASE RANDOLPH, et al., | : | |
| | : | |
| Defendants. | : | |

**UNITED STATES' NOTICE REGARDING DEFENDANT RANDOLPH'S MOTION TO DISMISS SUPERSEDING INDICTMENT IN CRIMINAL MATTER NUMBER 21-332**

The United States of America respectfully gives notice that the government will respond in case number 21-cr-332-JMC to defendant Randolph's Motion, ECF 206, to Dismiss Superseding Indictment In Criminal Matter Number 21-332. It appears that defendant Randolph's motion, ECF 206, was also docketed in Case No. 21-cr-332 at ECF 87. The motion seeks no relief concerning any charges filed in the above-captioned case but does seek relief with respect to charges filed in Case No. 21-cr-332. To avoid any confusion between the two cases, the United States will file its response in Case No. 21-cr-332 unless this Court directs otherwise. Once the Court rules on ECF 87 in Case No. 21-cr-332, ECF 206 in the instant case can be denied as moot.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By: *s/Karen Rochlin*
Karen Rochlin
Assistant United States Attorney Detailee
DC Bar No. 394447
99 N.E. 4th Street
Miami, Florida 33132
(786) 972-9045
Karen.Rochlin@usdoj.gov