UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| v. | : | No. 21-cr-537 (JMC) |
| STEPHEN CHASE RANDOLPH, | : | |
| Defendant. | : | |

### DEFENDANT'S MOTION TO DIRECT THE U.S. MARSHALS TO ARRANGE FOR TRAVEL TO COURT AND ACCOMMODATIONS DURING TRIAL

Defendant, Stephen Chase Randolph, by and through his undersigned counsel, hereby moves the Court to direct the United States Marshal to arrange for travel from Mr. Randolph's residence to the District of Columbia pursuant to 18 U.S.C. § 4285. Specifically, he seeks financial assistance traveling between the Eastern District of Kentucky and the District of Columbia for trial scheduled to begin October 23, 2023, and for lodging in the District of Columbia during his trial. To the extent the U.S. Marshals cannot provide funds for or otherwise arrange lodging, Mr. Randolph moves the Court to direct U.S. Pretrial Services to assist Mr. Randolph in obtaining noncustodial lodging for the duration of trial pursuant to 18 U.S.C. § 3154. In support of his request, Mr. Randolph states as follows:

1) Mr. Randolph is indigent and he is financially unable to furnish his own transportation from his residence in the Eastern District of Kentucky to the District of Columbia for trial, scheduled to begin October 23, 2023. He is likewise unable to pay for lodging in the District of Columbia for the duration of his trial.

2) 18 U.S.C. § 4285[1] permits the Court, in the interests of justice, to "direct the United States marshal to arrange for [the defendant's] means of noncustodial transportation or furnish the fare for such transportation to the place where his appearance is required, and in addition may direct the United States marshal to furnish that person with an amount of money for subsistence expenses to his destination . . ."

3) To the extent the Marshals are not authorized, or cannot be directed, to provide funds for lodging while Mr. Randolph is in the District of Columbia for trial, he moves the Court to direct Pretrial Services to provide noncustodial lodging for the duration of trial as a "service" that is necessary to "ensure that [the defendant] appear in court as required." *See* 18 U.S.C. § 3154.

4) 18 U.S.C. § 3154(4) directs pretrial services to

> [o]perate or contract for the operation of appropriate facilities for the custody or care of persons released under this chapter including residential halfway houses, addict and alcoholic treatment centers, and counseling services, and contract with any appropriate public or private agency or person, or expend funds, to monitor and provide treatment as well as nontreatment services to any such persons released in the community, including equipment and emergency housing, corrective and preventative guidance and

---

[1] Any judge or magistrate judge of the United States, when ordering a person released under chapter 207 on a condition of his subsequent appearance before that court, any division of that court, or any court of the United States in another judicial district in which criminal proceedings are pending, may, when the interests of justice would be served thereby and the United States judge or magistrate judge is satisfied, after appropriate inquiry, that the defendant is financially unable to provide the necessary transportation to appear before the required court on his own, direct the United States marshal to arrange for that person's means of noncustodial transportation or furnish the fare for such transportation to the place where his appearance is required, and in addition may direct the United States marshal to furnish that person with an amount of money for subsistence expenses to his destination, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of title 5, United States Code. When so ordered, such expenses shall be paid by the marshal out of funds authorized by the Attorney General for such expenses.

training, and other services reasonably deemed necessary to protect the public and ensure that such persons appear in court as required.

5) The government advised the undersigned that it does not consent to Mr. Randolph's request and intends to oppose this motion.

Because Mr. Randolph is indigent and cannot afford to pay for travel or lodging in the District of Columbia, he respectfully moves the Court to enter an Order directing the U.S. Marshals and/or U.S. Pretrial Services to arrange or provide funds for trial scheduled to begin October 23, 2023, and to arrange or provide funds for lodging in the District of Columbia for the duration of trial.

Respectfully submitted,

/s/ Angela Halim
Angela Halim, Esq.,
3580 Indian Queen Lane
Suite 10A
Philadelphia, PA  19129
(215) 300-3229
angiehalim@gmail.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using CM/ECF.  I also certify that the foregoing is being served this day on all counsel of record, via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                             /s/ Angela Halim
                                                        Angela Halim, Esq.

Dated:  September 25, 2023