My name is Jeannie Buchanan Randolph. I work with a special needs individual in his home. I have known Stephen Chase Randolph since January of 2014. I met him at mercer county public library. I was working on a Sunday school lesson; at the time I was a Sunday school teacher at the church my dad pastors Perryville Christian Church. When Stephen and I first locked eyes, we hit it off. For weeks, maybe months, we would meet at the library to talk and get to know one another. I told him I would not start dating him until he met my father and dad gave the approval. Dad gave the approval, and we began dating. I was giddy to say the least. I was already quite smitten with this young man and knew he was different than anyone I had ever met before in the best way possible.

Stephen told me all about himself and his life when we first met, he wanted me to know everything at the start. He told me he had no money, no car, no home, no parents (his father is alive, but has nothing to do with him). Stephen told me he had nothing, and he would not blame me if I did not want to further pursue a relationship. He was living with his nanny at the time, his mom died in a house fire when he was a child. His nanny Judy Pendleton had experiences with drugs, as did his siblings and father. His life had not been a pretty, painted picture. His life, unlike mine, had been spotted with poverty and abuse.  I loved Stephen's openness, his transparency, the ability to be completely open and honest even if it meant not getting what he wanted (a relationship with me).

Stephen moved in with my grandmother, Dorothy Hood, to provide care for her. At the time one of my parents would go out to help with independent living skills and stay the night. When Stephen began living with Dorothy this relieved both my parents and gave Stephen a better living situation.  There was no compensation offered and he never asked for money for the role. Stephen had extensive history caring for others. The skillset began when he was a child, caring for his nanny's mother, his great grandmother. This was no easy feat. She was not mentally competent and would often try to preform physical tasks she no longer could, such as walking to cook a meal when she could no longer walk. Stephen has a very caring spirit along with being humble and honest. This is admirable.

Stephen proposed to me in 2019, shortly after graduating high school and before going to Bible college. I freaked out, not knowing how he would be able to stay and take care of grandmother 24/7, while I was three hours away at college, and us be engaged. The thoughts of those three things were too much. Instead of being mad or disappointed Stephen was understanding. He is very empathetic.  Stephen was willing to wait and be married later when I was ready.

Besides Stephen's transparency, honesty, kindness, and empathy Stephen is also patient and understanding. He has been wronged by several people that ought to have loved him and he did not seek vengeance or harm to them. Stephen's uncle, Russel, being an example, caused irreputable damage to Stephen's nanny and rather than engage in dispute Stephen sought the path less traveled- the path of peace.  Stephen has let awful things go to live peacefully. I call on this example because Stephen's nanny had been everything to

EXHIBIT A

him. She had been like a mother, father, aunt, siblings, and grandparent all in one. For him to forgive her offender, that takes the Holy Spirit.

When Stephen and I were in DC for the trial we loved one another the most we could, for the time we had, not knowing what the future held. We told one another all our thoughts, concerns, and hopes for the current situation and future. We revisited memory lane. This has not been an easy road, for anyone involved.  One of Stephen's and mine dreams, that had been put on the back burner, was to have a child.

December 15 I was told I was pregnant; Stephen and I had conceived late October or early November while being in DC. When I told Stephen he was so excited! The idea of becoming a father after believing for years he was infertile gave bright twinkling lights in his eyes! We told my parents the news and dad's response, "It's time to get married."

When Stephen and I went to our first ultrasound the baby was smaller than it should have been, the second ultrasound the baby was gone. I wept like a baby and Stephen, crying too, consoled me. We continued the wedding planning and were married December 31.

I know Stephen to be fair, honest, kind, loving, loyal, patient, sweet natured, my husband has many good qualities. He had a difficult upbringing, and I am proud of the man he has become today amidst all the struggles faced that no one should live through. Stephen was detained and arrested April 20, 2021. He was not permitted to go to grandmother's visitation or funeral, this was a devastation to him. Over the 6+ years of care Stephen provided Dorothy, she let him know several times he was like a grandbaby to her. She loved him and he loved her, he fed her, clothed her, bathed her, Stephen was her eyes and ears, sometimes her legs. But he was not allowed to see her body descend into the ground. He was not allowed the honor given him to be a pall bearer. He was not allowed closure.

The day of January 6 was extremely out of Stephen's character and against his nature. He was glad to have a long drive, a day trip. He was glad to be sightseeing and be around lots of people, he had been caregiving in one house, for one person for years. He was burnt out and trying to enjoy himself. He had recently lost his nanny, who had been everything to him.  Stephen overall did have a good time and over all he did have good conduct. It was good for him to go to a new place and have a trip from work. It was less than a few hours that he lost himself in the crowd. During which is where his faults have been highlighted and been put in the spotlight and on display for all to see, including our small hometown's newspaper on the front page.

As a care giver a person's time and decisions are not their own. The time and daily living are all geared to the patient. Care giving is strenuous work, physically, emotionally, and mentally. The venture to DC was an important opportunity for Stephen to have a nice trip, explore new land, see sights, have a mini vacation. In essence it was due time Stephen had self-time, relax, unwind, and enjoy a vacation from caregiving. Especially since his nanny's passing in December.

EXHIBIT A

For the past three years, since April 20 2021, Stephen has been living with consequences and restrictions.  He had an anklet monitor for almost two years and has had other restrictions since his detainment of April 20, 2021. Conflict within family has risen, ties have been broken, heartache has been felt. Stephen was not on capital grounds for a day, his actions that have been spotlighted were not even the length of half a day, yet he has been restricted from living life for three years.

This has been a trying time for all involved. This has been a long hill of difficulty, often it feels as if  this journey only goes up and there is no rest. We will be glad for its closure. We will be glad for when this is the rearview mirror rather than the windshield. When the joys come, we 100% hug those moments.

We are begging for your leniency your honor,

Sincerely,
Jeannie Randolph

EXHIBIT A

November 10, 2023

To Whom It May Concern:

I am writing this character reference for Stephen Randolph on the occasion of his verdict and sentencing in the January 6 events.

I have known Stephen for ten years. I attest to his kind and generous nature. Though he is strong and able to do hard physical labor, he is gentle. I have never known him to act in a threatening or violent manner. For many of these ten years he lived in the home of my elderly mother-in-law, offering whatever assistance she needed. Had he been a threat in any way, or an uncomfortable presence, including inviting questionable people into her home, we would have asked him to leave.

We do not discuss politics much in our home, but I was aware Stephen was a Trump supporter. This support never took the form of stickers or flags on a vehicle, strident voices, disagreements, or signs inside or outside the home. It was something that came up briefly in conversations now and then. In January, 2021 Stephen said he was going to Washington DC for a Trump rally. To my knowledge, he expected the event to be a rally in support of the candidate who lost the 2020 election. "Trump rally" were the only words I heard him use.

Stephen did not prepare for an altercation. He took no weapon, nor has he owned one since I have known him. He did not take a sign or flag to wave, nor has he ever owned any political signs. Later, when I saw video of Stephen's actions at the bike-rack fence I understood his actions to be those of a man who believed in a candidate and got caught up in the excitement and momentum of the crowd in that moment. It is telling of his character that he did not engage in any willful acts of violence or property damage, as was plentiful in news coverage that day. Bringing violence to the capital or our leaders within held no appeal or temptation for him.

Following the events of January 6, Stephen was arrested by the FBI and wore an ankle monitor for over a year. During that time he lived in my home. He complied with all restrictions placed on him, neither breaking rules nor asking for exceptions. He never tried to get away with anything. He never took a drink of alcohol, nor did he ever use any drugs. He held a job.

EXHIBIT B

In time he changed jobs and because he needed protective footwear, he was allowed to remove the ankle monitor. He had a curfew and travel restrictions, and has never broken them nor asked for exceptions. I repeat that he has lived in my home for the past several years, and I know how he lives.

Stephen poses no threat to anyone. He has been under house arrest for close to two years, which is significant penance for his participation in the January 6 events. He has often expressed regret for the day he decided to attend that event.

No good is served by sending this man to prison. No one will be protected by putting Stephen in prison. Stephen is not a criminal, and locking him in with criminals will likely have a negative impact on him for many years to come.

Because Stephen has spent the last ten years living with my elderly mother-in-law, and now with me, I am in a unique position to speak to his character. I hope that my perspective will give insight to those who hold Stephen's future in their hands.

With Respect,
Wendy Hood



EXHIBIT B

November 24, 2023

Judge Cobb,

I first met Stephen Randolph ten years ago, when he and my daughter began dating. We picked him up every Sunday for church. After a few years he moved in with my 97-year-old mother to care for her in addition to his outside job. This continued for approximately five years.

Stephen made the mistake (in my opinion) of watching Fox News, and drove to Washington DC to hear former President Trump. He went with the crowd to the outer gates, and you know the story from there.

After Stephen's hearing in Lexington, Kentucky, I vouched for him, and he was released to live in my home, where he continues to live. Stephen is one of the most honest, trustworthy young men I know. I have deliberately left money lying around, and he has never picked up a dollar of it. When he tells me where he's going and when he will be back, he is true to his word. He finds work, buys tree trimming/cutting equipment, is faithful in bidding and executing the jobs.

I've been a Pastor since the 1960's, an attorney (Counsel to the Kentucky State Legislature for 30 years) since the 1970's, and a local non-partisan elected official for over 20 years (11 elections). Despite Stephen's actions that landed him in your courtroom, he is honest and hardworking, an asset to the community.

I hope you will agree with me that the time Stephen has already served in jail and the restrictions he has lived under for more than two years are sufficient sentence for his actions. It is my hope that anything lacking can be made up with community service.

Respectfully yours,

*[signature]*

Joseph Hood

EXHIBIT C

To whom it may concern,

Greetings, my name is Everett Hood and I'm Jeannie's (slightly) older brother. I grew up in Harrodsburg, Kentucky and am a graduate of Eastern Kentucky University. I currently live in Bowling Green, KY, and I work at Bowling Green Metal forming. BGM is a manufacturing facility that makes a wide range of structural elements for car frames. I've worked (primarily) on the production floor, but also in the office. I've been there approximately 2.5 years.

When I met Stephen Randolph, he had just started dating my younger sister. You know what that means… He automatically started off with one strike against him. No man likes the guy dating his younger sister. Call it instinct, call it patriarchy, call it whatever you like, it's a trait I'd venture to say rings true most of the time. You automatically notice all of the things that are wrong with whoever she's with (no matter who they are). So, you can believe me when I say that I am emotionally invested in paying attention to Stephen Randolph. Do I watch him like a hawk? No. We live in different cities. But his actions and character are on my mind.

When I met him, he worked with Old Fort Harrod State Park. I believe that he primarily did groundskeeping work, and I got the impression that he did a good job (the park is near where we live). The park is fairly large so this was no small task. I also noticed that he did not seem to be noticeably mean to my sister or anyone else around him, which I felt was a good sign. He had a generally pleasant and friendly manner about him. This is something I value that not everyone has.

A couple years into their relationship, Jeannie's (and my) paternal-Grandmother's health started to decline and she required in-home assistance. Stephen was able and willing to fill this void that we had. He moved into one of her spare bedrooms and assisted greatly in helping her get around the house, cook meals, clean the kitchen, and various other tasks that had become essentially impossible for her to perform on her own. We kept going out there regularly to see her too of course, but it was a blessing to have Stephen there full time; incase anything unexpected happened. I would estimate that this lasted for about three years. One of the things I admire most about Stephen is that, to my knowledge, he never stole anything from our grandmother during these years. He very easily could have. It's possible that he never even considered it. And I think that speaks volumes to his innately good character. He's trustworthy when others aren't around. A wonderful trait for someone dating your sister.

At one point, I remember Stephen getting a job in Cleveland, Ohio. He went up there, and then came back shortly after. I never got the full story, but assumed the job wasn't what he expected. Perhaps a mean boss, or job tasks that weren't disclosed beforehand. I've had similar experiences. He has also worked at Marathon gas station and cut up/hauled off trees that have fallen on people's properties. This may, or may not, be what he chooses to keep doing for work going forward, but I believe his track record bodes well for employment in the future.

Right before this whole January 6 incident started, I remember Jeannie & Stephen talking about going to Washington D.C. to hear Donald Trump speak. They talked about walking around and

EXHIBIT D

seeing the monuments and various historic attractions, and also hearing a celebrity presidential candidate speak in person. To the best of my knowledge, there were zero intentions of taking part in any of the rioting that occurred. I don't think they even knew it was going to happen. From what I understand, they got caught up in the strong energy of an angry mob. I don't believe the events weren't pre-meditated. I think they were impulse decisions followed by more impulse decisions.

In summary, I think that Stephen Randolph is an innately good person who's had a life much harder than most. From my understanding, he did not have a present father while growing up, and his mom died when he was only eight. Thankfully though, he did have his grandma. My dad has taken such wonderful care of our family that I can't fathom my life without him, and especially not without my mom too. Despite this added difficulty in his formative years, he has grown into someone who treats the people around him with respect and kindness. Life gave him lemons and he's doing his best to make lemonade.

I don't believe that prison would be beneficial to his personal development as a member of the community. In my view, prison is a highly beneficial way of protecting the public from violent criminals who have hurt others and would, otherwise, probably keep hurting innocent people. Prison 100% keeps the community safe from dangerous people. But I believe that Stephen does not fall into this category. I don't think he has any intention of doing anything like this again, and I think he is overwhelmed with regret and remorse. I think he should, instead, either do community service or be referred to all of the nearby temporary work agency services who act as intermediaries between employers who need employees, and employees who need employers. I've encountered dozens of temp-workers in my time at Magna, and it's really a wonderful service. They might work at a factory for a couple months, then go to some other industry entirely. I think he's prepared to work and just needs that middleman Temp-Agency helping hand. But I'm not a judge, so it's not up to me. Some people absolutely deserve lengthy prison sentences, but, for others, I think productive guidance on how to move forward might be the most beneficial thing possible.

Thank you for reading my letter regarding Stephen Randolph. My most recent interaction with him was just a few months ago when he and Jeannie got married. It was really a beautiful wedding and I'm thankful to have been included. I started this letter by stating the obvious, "anyone dating your little sister automatically starts off with one strike against him." But, over time, I've been able to get past my big brother bias, because I've noticed that their strengths complement each other. They're different in a good way. Jeannie is an optimist. Stephen is a realist. Jeannie sees the good in everyone. Stephen understands that not all people are naturally good natured. They balance out well. Stephen's an alright guy in my book; and since I'm someone who should dislike him on instinct, I feel like that's saying something.

EXHIBIT D

The Honorable Jia M. Cobb,

My name is Elizabeth Smith, I am one of Stephen's friends and we met because of Jeannie Hood who is my best friend. I met Stephen a few days after he met Jeannie and I've known him for 10 years now and he is a very kind and generous young man. He has helped people by going to their house and offering to remove weeds, trees, and branches for a fair price. Stephen helps a lot by helping take care of Jeannie's father who is battling cancer by driving him to church or to his treatments' and by helping Mr. Hood go up and down stairs in the house.

My thoughts about Stephen is that he loves to joke around and he's not afraid to speak his mind, but he knows when its time to joke and have a laugh and when its time to be serious. If a person needs help he'll do his best to help that person out to the best of his ability. For the years I've known Stephen I've never seen him act aggressively in any way, he's very good at controlling his emotions. Stephen is a chill guy who enjoys playing video games or relaxing with his wife and her family.

Sincerely,

Elizabeth Smith

EXHIBIT E



Angie Halim <angiehalim@gmail.com>

## Letter for Stephen from JC
1 message

**Jeannie Hood** <​███████████████████​>     Wed, Feb 28, 2024 at 7:31 PM
To: Angie Halim <angiehalim@gmail.com>

JIll S. Cutler

To the Honorable J. Cobb,  March 1, 2024

I am writing on behalf of Stephen Randolph.  I have known this young man for about ten years when he started dating a former student.  He joined her at my home for a few board game nights. He became a fixture in her life and I had many interactions with him.  When I first met him, he was staying with a grandmother and helping her.  He was trained as a CNA and worked in a nursing home.  When he moved to Harrodsburg, he started training in EMT or Paramedic.  He eventually became caretaker of Mrs. Hood, his wife's grandmother.  There were no issues with care or safety for her.  I attended Stephen and his wife's wedding.  They were filled with joy.

I have never known Stephen to have any violent behaviors.  He has been mild mannered and easy going.

I know he will live a quiet life with his spouse and family when back home.

Jill S. Cutler

EXHIBIT F

April 3, 2024

The Honorable Jia M. Cobb
United States District Judge
District of Colombia
333 Constitution Avenue N.W.
Washington, D.C. 20001

Dear Judge Cobb,

My name is Reverand Pamela Sims. I have lived in Harrodsburg, Kentucky since 1998. I pastor a small house church and have been a volunteer in our community in many different organizations. Mostly to do with drug rehab and family response to a drug user. I have volunteered at our regional jail and been a member of The Mercer County Ministerial since 2004.

I met Stephen Randolph around 10 years while I was shopping at Penny's at Fayette Mall in Lexington, Kentucky. He was a friend of Jeannie Hood and her family and seemed like a nice young man. Since that time, I noticed that he had a heart for the elderly and was taking care of Jeannie's grandmother. He became her caretaker until her death. In all my experience in ministry and at jail I never ran into Stephen. His reputation as a good citizen kept him busy helping others. He always presented himself as honorable and kind.

Upon meeting with him I feel that he is very remorseful for being at the capital on January 6, 2021. I do not believe it was his intention to be there at all but as he explained to me, he got caught up in the crowd as he was trying to leave to come home.

Stephen Randolph's character is not a person that would intentionally hurt anyone and is devastated that anyone was hurt around him while there.

Sincerely,

*The Rev. Pamela Sims*

The Reverend Pamela Sims
█████████████

EXHIBIT G



March 8, 2024

The Hon. Jia M. Cobb
United States District Judge
District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

To Whom It May Concern:

Re:  Character Letter for Stephen Randolph

I am Stephen's wife's grandmother, am retired, have known Stephen for as long as he and Jeannie have been dating (most of ten years). Stephen is one of the most soft spoken and kind hearted young men I know.

When Stephen was a child, his father was not part of his life. His mother was a user, and she died in a house fire when he was 5 years old. These years are difficult for him to talk about. He was passed around to various family members, none of who wanted him, so he was in foster care, or lived on his own until he was 10 years old. Then he moved into his grandmother's house to help her care for her mother, where he learned from Hospice how to be a CNA. Stephen has only sad memories of this time in his young life. After high school, Stephen got his CNA license, was EMT state certified, and found work in a nursing home.

When I met him, he lived with his granny in Harrodsburg, KY, and was her caregiver in exchange for having a place to live, and they lived quietly. It was during this time that Stephen met Jeannie Hood, and I met him whenever I came to Kentucky to visit my family.

After Stephen's granny died, Stephen was the caregiver for Dorothy Hood, Jeannie's grandmother who also lived in Harrodsburg. I observed that Stephen was patient and kind in providing for Dorothy, and he became familiar with the Hood family during these years. He attended their church, celebrated holidays and special events with them, and spent many hours in their home.

Stephen went to Washington, DC expecting to hear Donald Trump speak, and to enjoy a vacation.

I believe that Stephen is incapable of assaultive conduct, and I have observed him as a gentle young man, no threat to anyone.  His kindness and care eased the end of life for several elderly grandmothers in his family.

I hope this event can be brought to a close with a minimum interruption to the rest of his life.

Stella Robertson

EXHIBIT H

The Honorable Jia M. Cobb
United States District Judge
District of Columbia
333 Constitution Avenue N. W.
Washington, DC. 20001

Dear Judge Cobb:

My nephew Stephen Randolph has confided to me several times that he deeply regrets his actions on January 6. He also told me that it was wrong, and he takes responsibility for his being there. The entire incident was so out of character for him.

My name is Vicki Beldon, and I am Stephen's great aunt. I am a 70-year-old widow still working everyday cleaning houses. I have lived in Liberty Kentucky all my life. Since my niece was Stephen's mother I have known him my entire life. His mother had her first child when she was 13 years old. Much too young to be a mother. Mostly, his mother wanted to party and was into drugs.

Due to this situation, Stephen had a real hard time growing up. He never had what you would say a "real home" until he moved in with his grandmother and he took on the responsibility of taking care of her. She had cancer and needed a lot of help. He was there at her beckon call. When she passed away, she asked that Stephen oversee all of the funeral arrangements. The funeral director told me how considerate and nice he was dealing with her death.

Last December, Stephen married a lovely girl. Her father is a minister. He performed the ceremony. At the wedding I personally witnessed a lot of encouragement from her dad toward Stephen. I feel like her parents make him feel like he finally belongs somewhere. Possibly the father-in-law is a father figure to him.

Stephen has a job and works every day. He attends church. I think he will be a very productive member of society. He is a good boy and I love him very much.

Sincerely,

Vicki Beldon

*Vicki Beldon*

EXHIBIT I